# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **S.Q.K.F.C. Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the debtor in the last 8 years (include maiden and trade names): **South Queens Kentucky Fried Ch** | All Other Names used by the joint debtor in the last 8 years (include maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **11-2312364** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City and State): **16 South Central Avenue, Valley Stream, NY 11580**    ZIP CODE | Street Address of Joint Debtor (No. & Street, City and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business: **Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor (Form of Organization)** (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Business** (Check all applicable boxes)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors**
Check one box:
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders of affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee Waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds for distribution to unsecured creditors

THIS SPACE FOR COURT USE ONLY

| Estimated number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |



Form B1, p.2 (01/08)     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | S.Q.K.F.C. Inc. |

| All prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 134 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made part of this petition. | *Robin S. Abramowitz*     3/15/2010 <br> Signature of Attorney for Debtor(s).     Date: |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a seperate Exhibit D.)

☐ Exhibt D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made part of this petition.

**Information Regarding the Debtor-Venue**
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business, or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this district.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    Name of landlord that obtained judgment:

    Address of landlord:

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. & 362(1)).


Form B1, p.3 (01/08)  BlumbergExcelsior, Inc., Publisher, NYC 10013

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>S.Q.K.F.C. Inc. |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.<br><br>I request relief in accordance with the chapter title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br><br>X_____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br>_____ 3/15/2010<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correc, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by §1515 of title 11 are attached.<br><br>☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>3/15/2010<br>Date |
| **Signature of Attorney**<br>X  Robin S. Abramowitz<br>Signature of Attorney for Debtor(s)<br>Printed Name of Attorney for Debtor(s)<br>Robin S. Abramowitz<br>Firm Name<br>Lazer Aptheker Rosella & Yedid PC<br>Address<br>225 Old Country Road<br>Melville, NY 11747<br>Telephone Number<br>631 761-0800<br>Date 3/15/2010<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this coument and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. §110.)<br>Address<br><br>X_____<br>Date 3/15/2010<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor(Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X Robert J. Panzarella,  vice preside<br>Signature of Authorized Individual<br>Robert J. Panzarella,  vice preside<br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date 3/15/2010 | |

# WRITTEN CONSENT
# OF
# THE BOARD OF DIRECTORS
# AND
# THE SHAREHOLDERS
# OF
# SQKFC, INC.

The undersigned, being all of the members of the Board of Directors and a majority the shareholders of **SQKFC, INC.** (the "Corporation"), a corporation duly formed and validly existing under the laws of the State of New York, do hereby waive notice of a meeting and hereby consent on this date in lieu of a special meeting to the adoption of the following resolutions authorizing the actions therein set forth:

**RESOLVED**, that it is in the best interests of the Corporation and its creditors, shareholders, employees and other interested parties that a petition be filed by the Corporation seeking relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and be it further

**RESOLVED**, that each of the officers of the Corporation and any other person or persons designated and authorized so to act (each, an "Authorized Officer" and collectively the "Authorized Officers") are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Corporation to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of New York at such time as said officer executing the same shall determine; and be it further

**RESOLVED**, that each of the Authorized Officers, and such other officers of the Corporation as any of the Authorized Officers shall from time to time designate, be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Corporation to execute and file all petitions, schedules, lists and other papers and to take any and all action that any of the Authorized Officers may deem necessary or proper in connection with the Chapter 11 case; and be it further

**RESOLVED**, that each of the Authorized Officers, and such other officers of the Corporation as any of the Authorized Officers shall from time to time designate, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Corporation to execute any and all plans under Chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, in such form and containing such terms as the Board of Directors shall hereafter approve, and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of New York at such time as said officer executing the same shall determine; and be it further

**RESOLVED**, that the law firm of Lazer, Aptheker, Rosella & Yedid, P.C., with an office at 225 Old Country Road, Melville, New York 11747, be

156276

employed as attorney for the Corporation in the Corporation's Chapter 11 case under a general retainer; and be it further

**RESOLVED**, that each of the Authorized Officers be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Corporation to retain and employ other attorneys, investment bankers, accountants and other professionals to assist in the Corporation's Chapter 11 case on such terms as such Authorized Officer deems necessary or proper; and be it further

**RESOLVED**, that the Authorized Officers, and any person or persons designated and authorized so to act by any such officer of the Corporation be, and each of them hereby is, authorized and directed in the name and on behalf of the Corporation, to do and perform, or cause to be done or performed, such acts, and to execute and deliver, or cause to be executed and delivered, under its corporate seal or otherwise, such instruments or documents, as he or she may deem necessary or desirable in order to carry out the intent of the foregoing resolutions; and be it further

**RESOLVED**, that the Authorized Officers be, and hereby are, authorized to execute, or join in the execution of, documents and agreements on behalf of the Corporation, to attest or deliver certificates on behalf of the Corporation, or to take such additional action on behalf of the Corporation as the Authorized Officers have deemed appropriate relating to any such document that the Authorized Officers have been authorized to execute on behalf of the Corporation pursuant to the foregoing resolutions; and be it further

**RESOLVED**, that the authority given hereunder shall be deemed retroactive and any and all acts relating to the foregoing resolutions performed prior to the passage of the foregoing resolutions by any of the directors or officers of the Corporation, be and hereby are, ratified, confirmed and approved in all respects.

**[\*\*\*BALANCE OF PAGE INTENTIONALLY LEFT BLANK\*\*\*]**

The signing of this consent by the undersigned shall constitute full ratification of the actions taken as set forth in the resolutions. This Consent may be executed and returned by facsimile, and such execution and delivery shall be binding as if an original had been delivered, and the delivering party covenants and agrees that an original will be sent immediately thereafter by regular mail. In addition, this Consent may be executed in any number of counterparts, each of which shall be an original, but all of which together shall constitute one instrument.

Dated: March 15, 2010

s/ Robert J. Panzarella
**ROBERT J. PANZARELLA,**
as Shareholder and Director


s/ Joseph Panzarella
**JOSEPH PANZARELLA,**
as Shareholder and Director


s/ Paul F. Panzarella
**PAUL F. PANZARELLA,**
as Shareholder

156276



Form B4W (12/07)  
BlumbergExcelsior, Inc., Publisher, NYC 10013

## UNITED STATES BANKRUPTCY COURT  Easter  DISTRICT OF  New York

S.Q.K.F.C. Inc.  
Debtor(s)   Case No.

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| NYS Dept Taxation and Financ Bankruptcy Unit-TCD Building 8, Room 455 W.A. Harriman State Campus Albany, NY 12205-5300 | | | | 123,795.39 |
| National Franchise Acceptanc 400 East 22nd Street Lombard, IL 60148 | | | | 106,965.75 |
| Newsmans Refrigerated Servic 351 Roosevelt Avenue Carteret, NJ 07008 | | | | 97,273.63 |
| KFC Big Apple Ad Group c/o Putnam Savings Bank PO Box 670 Pawling NY 12564-0670 | | | | 80,008.67 |
| Wells Fargo PO Box 6426 Carol Stream, IL 60197-6426 | | | | 71,938.59 |
| First Franchise Capital 2700 Westchester Avenue Purchase, NY 10577 | | | | 71,708.50 |
| McLane Foodservice Inc Lockbox 847535 1950 N. Stemmons Freeway Suite 5010 Dallas, TX 75207 | | | | 51,530.39 |
| KFC Royalty PO Box 102778 Atlanta, GA 30368-2778 | | | | 42,782.59 |
| Pepsi-cola Bottling Co. PO Box 34408 Newark, NJ 07189-4408 | | | | 36,537.39 |
| NYC Dept of Finance PO Box 32 New York, NY 10008-0032 | | | | 35,817.07 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.    * Value of secured portion of claim

 Form B4W (12/07)

BlumbergExcelsior, Inc., Publisher, NYC 10013

UNITED STATES BANKRUPTCY COURT    Easter    DISTRICT OF    New York

S.Q.K.F.C. Inc.

Debtor(s)    Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| NYC Dept of Finance<br>PO Box 32<br>New York, NY 10008-0032 | | | | 34,998.96 |
| KFC National Counsel & Adver<br>1941 Bishop Lane<br>Suite 1000<br>Louisville, KY 40218 | | | | 34,255.56 |
| KFC Properties, LLC<br>c/o ACHS Management Corp<br>1412 Broadway<br>3rd Floor<br>New York, NY 10018 | | | | 30,453.00 |
| Ace Service<br>590 Atkins Avenue<br>Brooklyn, NY 11208 | | | | 23,734.38 |
| Weindorf, Wightman and Co.<br>6080 Jericho Turnpike<br>Suite 306<br>Commack, NY 11725 | | | | 20,250.00 |
| Oceanside Strip Mall LLC<br>24-60 47th Street<br>Astoria, NY 1103 | | | | 15,791.44 |
| A&L Cesspool Service Corp<br>38-40 Review Avenue<br>Long Island City, NY 11101 | | | | 14,137.09 |
| Annthomas II Assoc. LLC<br>PO Box 347348<br>Miami, FL 33234 | | | | 14,000.00 |
| NYC Dept of Finance<br>PO Box 32<br>New York, NY 10008-0032 | | | | 13,876.71 |
| Bank of America<br>PO Box 26078<br>Greensboro, NC 27420 | | | | 13,719.68 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.    * Value of secured portion of claim



Form B4W (12/07)

Blumberg Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT  Easter  DISTRICT OF  New York

S.Q.K.F.C. Inc.

Debtor(s)  Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| NYC Dept of Finance<br>PO Box 32<br>New York, NY 10008-0032 | | | | 12,387.75 |
| State Insurance Fund<br>Workers' Compensation<br>PO Box 4788<br>Syracuse, NY 13221-4788 | | | | 9,874.86 |
| JAJ Realty Development LLC<br>c/o Dr. & Mrs. C. Kandler<br>583 Diane Place<br>North Woodmere, NY 11581 | | | | 9,466.43 |
| BSB Real Estate Holdings LLC<br>c/o Jon Steinberg<br>2970 Merrick Road<br>Bellmore, NY 11710 | | | | 9,466.43 |
| Wand Corporation<br>7593 Corporate Way<br>Eden Prairie, MN 55344 | | | | 9,286.80 |
| NYC Dept of Finance<br>PO Box 32<br>New York, NY 10008-0032 | | | | 9,275.13 |
| American Express<br>PO Box 2855<br>New York, NY 10116-2855 | | | | 7,869.34 |
| Lund Fire Products, Inc.<br>PO Box 610522<br>Bayside, NY 11361-0522 | | | | 7,665.68 |
| NYC Dept of Finance<br>PO Box 32<br>New York, NY 10008-0032 | | | | 7,472.27 |
| Serota Valley Stream LLC<br>70 East Sunrise Highway<br>Suite 610<br>Valley Stream, NY 11581 | | | | 7,350.54 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.   * Value of secured portion of claim



Form B4W (12/07) BlumbergExcelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT   Easter**n** DISTRICT OF   New York

S.Q.K.F.C. Inc.
Debtor(s)   Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| RKR Properties, Inc.<br>47 Shrub Hollow Road<br>Roslyn, NY 11576 | | | | 6,600.00 |
| Steritech<br>7600 LIttle Avenue<br>Charlote, NC 28226 | | | | 6,276.02 |
| State Payroll PIckup Svc<br>852 Nassau Road<br>Uniondale, NY 11553 | | | | 5,752.87 |
| KFC Marketing<br>1900 Colonel Sanders Lane<br>Louisville, KY 40213 | | | | 4,312.08 |
| Valley National Bank<br>1445 Valley Road<br>Wayne, NJ 07470 | | | | 4,299.68 |
| NYC Dept of Finance<br>PO Box 32<br>New York, NY 10008-0032 | | | | 4,278.87 |
| Quality Alarm Co.<br>727 Neil Court<br>Wantagh, NY 11793 | | | | 3,765.84 |
| Advanced HVAC, Inc.<br>49-08 30th Avenue<br>Woodside, NY 11377 | | | | 3,758.93 |
| Andy Chen<br>91-62 90th Street<br>Woodhaven, NY 11421 | | | | 3,500.00 |
| Muzak, LLC<br>PO Box 71070<br>Charlotte, NC  28272-1070 | | | | 3,466.82 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.       * Value of secured portion of claim



Form B4W (12/07) BlumbergExcelsior, Inc., Publisher, NYC 10013

**UNITED STATES BANKRUPTCY COURT** Easter **DISTRICT OF** New York

S.Q.K.F.C. Inc.

Debtor(s)   Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Al Riccardo & Son Inc.<br>209 Cedar Street<br>Valley Stream, NY 11580 | | | | 3,070.00 |
| NYC Dept of Finance<br>PO Box 32<br>New York, NY 10008-0032 | | | | 2,573.54 |
| NuCo2 LLC<br>PO Box 9011<br>Stuart, FL 34995-9011 | | | | 2,203.39 |
| Primesource Foodservice<br>PO Box 678278<br>Dallas, TX 75267-8278 | | | | 2,037.62 |
| Blackman Plumbing<br>PO Box 9400<br>Uniondale, NY 11555 | | | | 1,846.87 |
| Trivella, Forte & Smith, LLP<br>1311 Mamaroneck Avenue<br>Suite 170<br>White Plains, NY 10605 | | | | 1,768.00 |
| Pepsi-Cola Company<br>Lockbox 75948<br>Chicago, Il 60675-5948 | | | | 1,768.00 |
| Business Builders<br>1318 Dale Street<br>Suite 110D<br>Raleigh, NC 27605 | | | | 1,375.00 |
| Dady & Gardner, PA<br>5100 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | | | | 1,164.20 |
| Sign World Inc<br>1194 Utica Avenue<br>Brooklyn, NY 11203 | | | | 1,143.19 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.     * Value of secured portion of claim



Form B4W (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT   Easter DISTRICT OF New York

S.Q.K.F.C. Inc.    Debtor(s)    Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| C Steven Hutter Plowing & La<br>306 Michele Lane<br>Bartonsville, PA 18321 | | | | 1,060.00 |
| UFPC Smallwares Connection<br>PO Box 73184<br>Cleveland, OH 44193 | | | | 1,008.79 |
| LMN Printing Company, Inc.<br>23 West Merrick Road<br>Valley Stream, NY 11580 | | | | 939.98 |
| Jenny Exhaust<br>2281 Light Street<br>Bronx, NY 10466 | | | | 836.46 |
| ABT SRBI Inc<br>PO Box 846134<br>Boston, MA 02284-6134 | | | | 829.75 |
| BARCO Uniforms, Inc.<br>PO Box 31001-1627<br>Pasadena, CA 91110 | | | | 768.98 |
| Lacka Lock & Safe Corp.<br>400 Meadow Lane<br>Carlstadt, NJ 07072 | | | | 732.74 |
| B.S.E. Marketing<br>116 South 6th Street<br>New Hyde Park, NY 11040-4849 | | | | 638.82 |
| IQ Apparel Group<br>c/o Valley Nation Bank<br>PO Box 54249<br>Tulsa, OK 74155-4249 | | | | 622.72 |
| Michaels Electric Supply<br>456 Merrick Road<br>Lynbrook, NY 11563 | | | | 601.31 |

"(4) C U D S" If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.     * Value of secured portion of claim



Form B4W (12/07)   BlumbergExcelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT   Easter DISTRICT OF New York

S.Q.K.F.C. Inc.

Debtor(s)   Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Pitney Bowes Management<br>PO Box 845801<br>Dallas, TX 75284-5801 | | | | 593.47 |
| Oylmpic Wholesale Lighting<br>130-11 90th Avenue<br>Richmond Hills, NY 11418 | | | | 539.75 |
| Service Master, Inc.<br>401 Hempstead Avenue<br>West Hempstead, NY 11552 | | | | 538.52 |
| Idlewild DoIt Best Hardware<br>157-17 Rockaway Blvd<br>Jamaica, NY 11434 | | | | 426.84 |
| Country Carting<br>143 Hanse Avenue<br>Freeport, NY 11520 | | | | 422.84 |
| Jamaica Ash & Rubbish<br>PO Box 833<br>Westbury, NY 11590 | | | | 412.23 |
| Shoes For Crews, LLC<br>1400 Centrepark Blvd<br>Suite 310<br>West Palm Beach, FL 33401-74 | | | | 253.36 |
| Seay-Yarbrough, Inc.<br>PO Box 3171<br>Grand Central Station<br>New York, NY 10163-3171 | | | | 250.00 |
| Freedom Locksmith, Inc.<br>96-23 Linden Blvd<br>Ozone Park, NY 11417 | | | | 217.75 |
| Pack-A-Drum, Inc.<br>862 Hawksbill Island Drive<br>Satellite Beach, FL 32937 | | | | 209.00 |

"(4) C U D S"   If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.       * Value of secured portion of claim



Form B4W (12/07) BlumbergExcelsior, Inc., Publisher, NYC 10013

**UNITED STATES BANKRUPTCY COURT** Easter **DISTRICT OF** New York

S.Q.K.F.C. Inc.

Debtor(s)    Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Kitchen Repair Specialist<br>1005 Church Street<br>Bladwin, NY 11510 | | | | 146.98 |
| Kroll Background America<br>PO Box 1418<br>Columbus, GA 31902-1418 | | | | 143.00 |
| Dunbar BankPak, Inc.<br>PO Box 333<br>Baltimore, MD 21203-0333 | | | | 133.70 |
| Utility Check Ltd<br>PO Box 266<br>Atlantic Beach, NY 11509 | | | | 130.05 |
| Commercial Parts & Service<br>PO Box 36441<br>Cincinnati, OH 45236-0441 | | | | 81.60 |
| Food Automation Service Tech<br>905 Honeyspot Road<br>Stratford, CT 06615-7147 | | | | 78.88 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"(4) C U D S" If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.     * Value of secured portion of claim