# SQKFC Inc.
# Balance Sheet
As of December 31, 2009

| | | Total |
|---|---|---:|
| **ASSETS** | | |
|   Current Assets | | |
|     Bank Accounts | | |
|       1000 Cash & Cash Equivalents | | (52,046) |
|     Total Bank Accounts | $ | (52,046) |
|     Other Current Assets | | |
|       1120 Inventories | | 97,344 |
|       1200 Prepaid Expenses | | 5,820 |
|       1220 Loans Receivable | | 18,000 |
|     Total Other Current Assets | $ | 121,163 |
|   Total Current Assets | $ | 69,117 |
|   Fixed Assets | | |
|     1700 Fixed Assets (net) | | 1,418,870 |
|   Total Fixed Assets | $ | 1,418,870 |
|   Other Assets | | |
|     1900 Intangible Assets (net) | | 59,486 |
|     1910 Security Deposits | | 71,701 |
|   Total Other Assets | $ | 131,186 |
| **TOTAL ASSETS** | $ | 1,619,174 |
| **LIABILITIES & EQUITY** | | |
|   Liabilities | | |
|     Current Liabilities | | |
|       Accounts Payable | | |
|         2020 Accounts Payable | | 1,375,219 |
|       Total Accounts Payable | $ | 1,375,219 |
|       Other Current Liabilities | | |
|         2030 Accrued Expenses | | 82,085 |
|         2045 Due To (From) PRP Management, LLC | | (3,310) |
|         2100 Payroll Liabilities | | 36,283 |
|         2101 Accrued 401(K) Contributions | | 303 |
|         2200 Sales Tax Payable | | 212,795 |
|         2215 Line of Credit - NYCB | | 72,135 |
|         2216 Line of Credit - BofA | | 14,091 |
|         2511 Obligations Under Capital Lease | | 5,492 |
|       Total Other Current Liabilities | $ | 419,873 |
|     Total Current Liabilities | $ | 1,795,092 |
|     Long Term Liabilities | | |
|       2315 Loan Payable - Joe Panzarella | | 106,485 |
|       2316 Loan Payable - Chase Bank (JP) | | 107,195 |
|       2321 Loan Payable - R. Panzarella | | 180,886 |
|       2322 Loan Payable - R. Panzarella (WAMU/Chase) | | 172,810 |
|       2512 Notes Payable - Irwin Franchise Capital | | 83,112 |
|       2513 Notes Payable - NAFA | | 113,858 |
|       2514 Notes Payable - KFC NCAC | | 101,300 |
|       2515 Notes Payable - KFC Royalty | | 29,961 |
|     Total Long Term Liabilities | $ | 895,609 |
|   Total Liabilities | $ | 2,690,701 |
|   Equity | | |
|     2700 Capital Stock | | 63,000 |
|     2800 Retained Earnings | | (1,090,201) |
|     2900 Treasury Stock | | (30,000) |
|     Net Income | | (14,326) |
|   Total Equity | $ | (1,071,527) |
| **TOTAL LIABILITIES & EQUITY** | $ | 1,619,174 |