UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:

                                                                   Chapter 11
S.Q.K.F.C. Inc.                                          Case No. 08-10-71704-reg

                                  Debtor.
-------------------------------------------------------------x
KFC CORPORATION,

                            Plaintiff,                    Adv. Proceeding No. 8-10-08141

      v.

S.Q.K.F.C., INC.,

                            Defendant.
-------------------------------------------------------------x

## **CERTIFICATION OF SERVICE**

      I hereby certify that on this 13th day of April, 2010, a copy of the Summons and Notice of Pretrial Conference and Complaint was served upon the following parties in the manner specified below:

    S.Q.K.F.C. Inc. (by Fed Ex. on April 13, 2010)
    16 South Central Avenue
    Valley Stream, New York  11580

    Robin S Abramowitz, Esq. (by Fed Ex. on April 13, 2010)
    Lazer Aptheker Rosella & Yedid PC
    225 Old Country Road
    Melville, NY 11747-3105

    Diana G. Adams, Esq. (by Fed Ex. on April 13, 2010)
    Office of the United States Trustee
    560 Federal Plaza, Room 560
    Central Islip, New York  11722-4437

Dated: New York, New York
         April 13, 2010

                                                    s/Kevin M. Shelley
                                                    Kevin M. Shelley (KS-8149)

147616