UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In Re:

S.Q.K.F.C. Inc.,                                            CHAPTER 11

                                                        Case No: 810-71704-reg

                     Debtors.

-------------------------------------------------------------------X


## APPOINTMENT OF THE OFFICIAL JOINTCOMMITTEE
## OF UNSECURED CREDITORS

        Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned debtor, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Joint Committee of Unsecured Creditors for the within chapter 11 case and the case of Panzer KFC Food, LLC, Case No. 810-71705-reg:

1. Pepsi Cola Bottling Co., of NY
   c/o RHK Recovery Group
   1670 Old Country Road
   Plainview, New York 11803
   Phone No.: 631-773-4450
   Fax No.: 631-773-4262
   E-mail: Richard@rhkrecoverygroup.com

2. A&L Cesspool Service Corp.
   38-40 Review Avenue
   Long Island City, New York 11101
   Phone No.: 718-729-3018
   Fax No.: 718-937-1832
   E-Mail: Cindyalservice@verizon.net


3. Utility Check. Ltd.
   PO Box 266
   Altantic Beach, NY 11509
   Phone No.: 516-371-2130
   Fax No.: 516-371-2132
   E-Mail: Info@utilitycheck.com


Dated:  Central Islip, New York
        April 26, 2010

                                                     ***/s/ Christine H. Black***
                                                     Christine H. Black
                                                     Assistant United States Trustee